# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NORMA PANTOJA and JANETHA ADRIANA BARRAGA CRUZ, <br><br> Plaintiffs, <br><br> v. <br><br> JEAN PEREZ, et al., <br><br> Defendants. | NO. 3:17-cv-00675 <br> CHIEF JUDGE CRENSHAW |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 11), to which Plaintiff did not object. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, all claims against Jesus Enrique Bolanos Rangel, Emilio Esteffan Rodriguez, Gestoria Bolanos & Asociados, and Grupo Adunal Latino, LLC, are **DISMISSED WITHOUT PREJUDICE** for failure to serve, pursuant to Federal Rule of Civil Procedure 4(m). All claims against Jean Perez remain.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE