IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NORMA PANTOJA and )
JANETHA ADRIANA BARRAGA CRUZ )
)
v. ) NO. 3:17-0675
) Crenshaw/Holmes
JEAN PEREZ, a/ka Jeanette Perez )
Bolanos, a/k/a Jean Perez Delgado, )
a/k/a Jean Rodriguez )

**ORDER TO SHOW CAUSE**

The initial case management conference in this case was set for October 30, 2017, at 11:00 a.m. *See* Order at Docket No. 13. No party appeared at that time on October 30, 2017. The parties were also directed to file a proposed initial case management order prior to the initial case management conference. No proposed initial case management order was filed. The parties were previously notified that failure to file the proposed case management order could result in sanctions. *See* Docket No. 6.[1] Plaintiff's failure to prosecute this case has caused considerable

---

[1] The initial case management conference was originally scheduled for June 5, 2017 (Docket No. 6). However, because the record was not clear that Plaintiff had served several of the original Defendants, by order entered on June 2, 2017 (Docket No. 9), the initial case management conference was rescheduled to July 31, 2017, to allow for proof of service. On the morning of July 31, 2017, the undersigned's chambers were notified that Plaintiffs' attorney would be unable to attend the initial case management conference due to illness. Because it appeared that multiple Defendants still remained unserved, Plaintiff was notified that unless returns of service were filed by August 14, 2017, a recommendation would be made for dismissal as to any Defendants not served. *See* Order at Docket No. 10. The initial case management conference was continued to be reset by later order. *Id*. A report and recommendation issued on August 17, 2017 (Docket No. 11) recommending dismissal as to all Defendants other than Defendant Jean Perez. An order was entered by Chief Judge Crenshaw on September 7, 2017 (Docket No. 12) adopting the report and recommendation. By subsequent order entered on September 15, 2017 (Docket No. 13), Defendant Perez was given additional time to answer the complaint, and the initial case management conference was reset for October 30, 2017.

expenditure of judicial resources. Plaintiffs are therefore **ORDERED TO SHOW CAUSE on or before November 14, 2017**, why a recommendation should not be made to the District Judge for dismissal of this case under Fed. R. Civ. P. 41(b) for failure to obey the Court's order and failure to prosecute. Failure to show cause by that date will result in a recommendation to the District Judge that this case be dismissed.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

2

Case 3:17-cv-00675   Document 16   Filed 10/31/17   Page 2 of 2 PageID #: 51