IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Norma Pantoja and Janetha Adriana Barrage Cruz, | ) ) ) Case No. 3:17-cv-0675 |
| Plaintiffs, | ) ) Judge Crenshaw |
| v. | ) Magistrate Judge Holmes ) |
| Jean Perez, | ) ) |
| Defendant. | ) |

## SECOND DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiffs' Motion for Entry of Default against Defendant (Docket Entry No. 29). The motion is denied as Plaintiffs still have not provided an affidavit of military service as required by the Servicemembers Civil Relief Act of 2003 (50 App. U.S.C. 501 et seq.), despite having been instructed to do so in the Clerk's first denial of default (Docket Entry No. 26). Should Plaintiffs wish to file an additional motion which includes the required affidavit of military service, they are advised it is not necessary to attach as support documents such as the Complaint, which are already filed in the case and available on the record. It is sufficient to refer to those documents and provide docket and page numbers for the referenced information.

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court